# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA GRAY SAUCEDA; DAVID GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | Case No. 1:18-cv-01540-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO CLAIMS OF PLAINTIFF DAVID GONZALEZ ONLY<br><br>(ECF No. 8) |

Plaintiff David Gonzalez and Defendant BNSF Railway Company have filed a stipulation to dismiss the action with prejudice only as to the claims of David Gonzalez (ECF No. 8). In light of the stipulation, the case has ended and is dismissed with prejudice only as to claims of Plaintiff David Gonzalez against Defendant BNSF Railway Company.[1] *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **January 17, 2019**        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The other Defendant, Center for Human Services, was dismissed from this action prior to the removal of the case to federal court. (*See* ECF No. 1 at 28.)